THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Rhonda M. Kight,       
Appellant.
 
 
 

Appeal From Aiken County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2004-UP-265
Submitted February 20, 2004  April 
 19, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

 PER CURIAM:  Rhonda M. Kight pled 
 guilty to armed robbery and first-degree burglary and was sentenced to fifteen 
 years on each charge.  Additionally, the circuit court revoked her probation 
 on unrelated charges, the sentences to run concurrently. Pursuant to Anders 
 v. California, 386 U.S. 738 (1967), Kights counsel attached a petition 
 to be relieved.  Kight did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Kights appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
HEARN, C.J., GOOLSBY, and HOWARD,
JJ., concurring.

 
 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.